IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARTIN CISNEROS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0061 |
| | ) | Judge Trauger |
| METRO TRANSIT AUTHORITY and | ) | Magistrate Judge Bryant |
| AGENTS, unknown driver and supervisor on the, | ) | |
| date of October 24, 2012 - Route 25 | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On February 3, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 107), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed on behalf of all defendants (Docket No. 44) is **GRANTED**, and all claims against all defendants arising from the events of October 24, 2012 are **DISMISSED WITH PREJUDICE**.

This case shall be **RETURNED** to the Magistrate Judge for further handling, as there are additional matters pending.

It is so **ORDERED**.

ENTER this 13th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge